# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 19, 2025

Lyle W. Cayce
Clerk

No. 24-50421
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Alejandro De La Torre-Barrera,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CR-482-1

_____

Before Jolly, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Alejandro De La Torre-Barrera appeals his conviction under 18 U.S.C. § 922(g)(5) for possession of a firearm by an illegal alien. Circuit precedent forecloses his argument that § 922(g)(5) is facially unconstitutional under the Second Amendment following *New York State*

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50421

*Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). *See United States v. Medina-Cantu*, 113 F.4th 537, 538-39, 542 (5th Cir. 2024).

Conceding that his argument is foreclosed, De La Torre-Barrera raises the issue to preserve it for further review. Because "there can be no substantial question as to the outcome of the case," *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's unopposed motion for summary affirmance is GRANTED, and its alternative motion for an extension of time to file an appellate brief is DENIED. The judgment of the district court is AFFIRMED.